April 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

YEV TOLMACHYOV, Appellant

NO. 14-12-00196-CV                    V.

EVERBANK, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 13, 2012.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by YEV TOLMACHYOV.

We further order this decision certified below for observance.